## UNITED STATES OF AMERICA

### vs.

### PAUL KEITH HAYES

Criminal No. TDC 16-356

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 JUN 19  AM 11: 47

CLERK'S OFFICE
AT GREENBELT

Defendant's Exhibits

BY_____DEPUTY

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 06/19/2017 | 06/19/2017 | Military Medical Records |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |