# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL KEITH HAYES,<br><br>Defendant. | Criminal Action No. TDC-16-0356 |

## ORDER

On May 29, 2019, Defendant Paul Keith Hayes filed a Motion to Terminate Supervised Release. ECF No. 56. On May 31, 2019, the Government filed a response to Hayes's Motion, stating that it and Hayes's United States Probation Officer do not oppose early termination to Hayes's supervised release. ECF No. 58. Accordingly, it is hereby ORDERED that Hayes is DISCHARGED from Supervised Release and that the proceedings in the case be terminated.

Date: June 3, 2019                                /s/
                                                          THEODORE D. CHUANG
                                                          United States District Judge